**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
WILLIAM THOMAS CLARK, et al.,

                      Plaintiffs,              17 **CIVIL** 7233 (KMK)

      -against-                               **JUDGMENT**

QMG Global Holdings, LLC, et al.,
                      Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 2, 2020, Plaintiffs' Motion To Confirm the Arbitration Award is granted; accordingly, the case is closed**.**

**Dated**: New York, New York
        December 2, 2020

                                    **RUBY J. KRAJICK**
                                    _____
                                    **Clerk of Court**
             **BY:**    *K. Mango*
                                    _____
                                    **Deputy Clerk**